

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2014

No. 04-97-00313-CR

Hiram **MILES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 96-CR-0010
Judge Sharon S Macrae, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice


Appellant has filed a pro se motion to vacate the opinion and judgment we issued in this appeal on March 3, 1999. This court's plenary power has long expired. *See* TEX. R. APP. P. 19.1 (providing the plenary power of the appellate court expires 60 days after the judgment or 30 days after the court overrules all motions for rehearing or en banc reconsideration). Appellant's motion to vacate is therefore DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 19.3 (providing the appellate court cannot vacate or modify its judgment after its plenary power has expired).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2014.

_____
Keith E. Hottle
Clerk of Court